DAVID J. MILLSTEIN, ESQ., (SBN 87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION and MIDAS REALTY CORPORATION,<br><br>             Plaintiffs,<br><br>    vs.<br><br>TBC STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an individual,<br><br>             Defendants. | Case No.: CV 12-01122<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING THE BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          May 18, 2012<br>Time:          1:30 p.m.<br>Judge:         Honorable Edward M. Chen<br>Courtroom: 5<br>Place:         450 Golden Gate Ave.<br>                   17th Floor<br>                   San Francisco, CA |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs MIDAS INTERNATIONAL CORPORATION and MIDAS REALTY CORPORATION ("Plaintiffs") and defendants TBC STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an

individual, ("Defendants") respectfully submit this Stipulation And Proposed Order Concerning The Briefing Schedule Of Plaintiffs' Motion For Preliminary Injunction.

    WHEREAS, on April 12, 2012, Plaintiffs filed a Motion For Preliminary Injunction (Docket No. 12) ;

    WHEREAS, Defendants' opposition is due on April 26, 2012 and Plaintiffs' reply is due on May 3, 2012;

    WHEREAS, The Motion For Preliminary Injunction is scheduled for hearing on May 18, 2012;

    WHEREAS, Plaintiffs and Defendants have since agreed to a modified briefing schedule because the parties are seeking settlement discussions and are attempting to resolve the underlying case;

    WHEREAS, the parties have not asked for any orders regarding time before;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

    1. Defendants may file their opposition to Plaintiffs' Motion for Preliminary Injunction no later than May 4, 2012; and

    2. Plaintiffs may file their reply no later than May 11, 2012.

Dated:  April 25, 2012        MILLSTEIN & ASSOCIATES

                                            By:    /s/ David Millstein
                                                    David J. Millstein
                                            Attorneys for Defendants

Dated:  April 25, 2012        SCHNADER HARRISON SEGAL & LEWIS LLP

                                            By:    /s/ Natalie Bush-Lents
                                                    Natalie Bush-Lents
                                            Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONCERNING THE BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David J. Millstein, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2012, at San Francisco, California.

By: /s/ David Millstein
David J. Millstein
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED, per parties' agreement, Plaintiff's motion is reset from 5/18/12 to 5/25/12 at 1:30 p.m.



United States District Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONCERNING THE BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION