1  DAVID J. MILLSTEIN, ESQ., (SBN 87878)
   MILLSTEIN & ASSOCIATES
2  100 The Embarcadero, Suite 200
3  San Francisco, CA 94105
   Telephone: (415) 348-0348
4  Facsimile:  (415) 348-0336
5
   Attorneys for Defendants
6
7                       **UNITED STATES DISTRICT COURT**
8                       **NORTHERN DISTRICT OF CALIFORNIA**
9                            **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION and MIDAS REALTY CORPORATION,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>TBC STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an individual,<br><br>                    Defendants. | Case No.: CV 12-01122<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING THE BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         May 18, 2012<br>Time:         1:30 p.m.<br>Judge:        Honorable Edward M. Chen<br>Courtroom: 5<br>Place:        450 Golden Gate Ave.<br>                  17th Floor<br>                  San Francisco, CA |

        Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs MIDAS INTERNATIONAL

CORPORATION and MIDAS REALTY CORPORATION ("Plaintiffs") and defendants TBC

STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a

California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST

DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The

Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an

                                            1

individual, ("Defendants") respectfully submit this Stipulation And Proposed Order Concerning The Briefing Schedule Of Plaintiffs' Motion For Preliminary Injunction.

WHEREAS, on April 12, 2012, Plaintiffs filed a Motion For Preliminary Injunction (Docket No. 12) ;

WHEREAS, Defendants' opposition is due on April 26, 2012 and Plaintiffs' reply is due on May 3, 2012;

WHEREAS, The Motion For Preliminary Injunction is scheduled for hearing on May 18, 2012;

WHEREAS, Plaintiffs and Defendants have since agreed to a modified briefing schedule because the parties are seeking settlement discussions and are attempting to resolve the underlying case;

WHEREAS, the parties have not asked for any orders regarding time before;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

1. Defendants may file their opposition to Plaintiffs' Motion for Preliminary Injunction no later than May 4, 2012; and

2. Plaintiffs may file their reply no later than May 11, 2012.

Dated:  April 25, 2012                MILLSTEIN & ASSOCIATES

                                      By:     /s/ David Millstein
                                              David J. Millstein
                                      Attorneys for Defendants

Dated:  April 25, 2012                SCHNADER HARRISON SEGAL & LEWIS LLP

                                      By:     /s/ Natalie Bush-Lents
                                              Natalie Bush-Lents
                                      Attorneys for Plaintiffs

1   ATTESTATION PURSUANT TO GENERAL ORDER 45

2   I, David J. Millstein, am the ECF User whose ID and password are being used to file this
3   Stipulation And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that
4   concurrence in the filing of this document has been obtained from each of the other signatories. I
5   declare under penalty of perjury under the laws of the United States of America that the
6   foregoing is true and correct.

7   Executed this 25th day of April, 2012, at San Francisco, California.

By:   /s/ David Millstein
David J. Millstein
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED, per parties' agreement, Plaintiff's motion is reset from 5/18/12 to 5/25/12 at 1:30 p.m.



_____
District Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3
STIPULATION AND [PROPOSED] ORDER CONCERNING THE BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION