Gregory C. Nuti (CSBN 151754)
   gnuti@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Plaintiffs
Midas International Corporation and Midas Realty Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION and MIDAS REALTY CORPORATION,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>TBC STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an individual,<br><br>                    Defendants. | Case No.: CV 12-01122<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PRO~~PO~~SED] ORDER**<br><br>Current Case Management Conference:<br>Date:         June 22, 2012<br>Time:         9:00 a.m.<br>Judge:        Honorable Edward M. Chen<br>Courtroom:    5<br>Place:        450 Golden Gate Ave.<br>              17th Floor<br>              San Francisco, California<br><br>Continued Case Management Conference:<br>Date:         August 10, 2012<br>Time:         9:00 a.m.<br>Judge:        Honorable Edward M. Chen<br>Courtroom:    5<br>Place:        450 Golden Gate Ave.<br>              17th Floor<br>              San Francisco, California |

Stipulation to Continue Case Management Conference and [Proposed] Order

PHDATA 3826054_2

1  Midas International Corporation and Midas Realty Corporation, the above-named
2  Plaintiffs, and TBC Stevens Creek, LLC, TBC White Oaks, LLC, Helen M. Goldman, Richard
3  Goldman, and the Helen M. Marchick Survivor's Trust dated October 25, 1982, the above-
4  named Defendants, have reached agreement for a stipulated judgment in the above-captioned
5  matter.  The parties require additional time to reduce the terms of their agreement to writing, and
6  file the stipulation with the Court.  In light of the foregoing, the undersigned stipulate and agree
7  that the Case Management Conference currently scheduled for June 22, 2012 be continued to
8  August ~~10~~ 31, 2012.

9
10  Dated: June 18, 2012                    SCHNADER HARRISON SEGAL & LEWIS LLP
11                                          By:   /s/ Gregory C. Nuti
                                                  Gregory C. Nuti
12                                                Attorneys for Plaintiffs

13  Dated: June 18, 2012                    MILLSTEIN & ASSOCIATES
14                                          By:   /s/ David Millstein
                                                  David Millstein
15                                                Attorneys for Defendants
16
17  It is so Ordered.    The CMC is reset to 8/31/12 at 9:00 a.m.
18  Dated:  June  20 , 2012
19
20
21  _____
    Hon. Edward Chen
22  United Stated District C...

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700