Gregory C. Nuti (CSBN 151754)
  gnuti@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Plaintiffs
Midas International Corporation and Midas Realty Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION and MIDAS REALTY CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>TBC STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an individual,<br><br>    Defendants. | Case No.: CV 12-01122<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PRO~~PO~~SED] ORDER**<br><br>Current Case Management Conference:<br>Date:         June 22, 2012<br>Time:        9:00 a.m.<br>Judge:       Honorable Edward M. Chen<br>Courtroom: 5<br>Place:        450 Golden Gate Ave.<br>                 17th Floor<br>                 San Francisco, California<br><br>Continued Case Management Conference:<br>Date:         August 10, 2012<br>Time:        9:00 a.m.<br>Judge:       Honorable Edward M. Chen<br>Courtroom: 5<br>Place:        450 Golden Gate Ave.<br>                 17th Floor<br>                 San Francisco, California |

Stipulation to Continue Case Management Conference and [Proposed] Order

PHDATA 3826054_2

Midas International Corporation and Midas Realty Corporation, the above-named Plaintiffs, and TBC Stevens Creek, LLC, TBC White Oaks, LLC, Helen M. Goldman, Richard Goldman, and the Helen M. Marchick Survivor's Trust dated October 25, 1982, the above-named Defendants, have reached agreement for a stipulated judgment in the above-captioned matter. The parties require additional time to reduce the terms of their agreement to writing, and file the stipulation with the Court. In light of the foregoing, the undersigned stipulate and agree that the Case Management Conference currently scheduled for June 22, 2012 be continued to August ~~10~~ 31, 2012.

Dated: June 18, 2012     SCHNADER HARRISON SEGAL & LEWIS LLP

By: */s/ Gregory C. Nuti*
    Gregory C. Nuti
    Attorneys for Plaintiffs

Dated: June 18, 2012     MILLSTEIN & ASSOCIATES

By: */s/ David Millstein*
    David Millstein
    Attorneys for Defendants

It is so Ordered.    The CMC is reset to 8/31/12 at 9:00 a.m.

Dated: June 20, 2012

_____
Hon. Edward Chen
United Stated District

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700