Pages 1 - 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE EDWARD M. CHEN

| | |
|---|---|
| MIDAS INTERNATIONAL CORPORATION and MIDAS REALTY CORPORATION, )<br><br>Plaintiffs, )<br><br>VS. )<br><br>TBC STEVENS CREEK, LLC, a California limited liability company; TBC WHITE OAKS, LLC, a California limited liability company; THE HELEN M. MARCHICK SURVIVOR'S TRUST DATED OCTOBER 25, 1982; HELEN M. GOLDMAN, as an individual and as trustee of The Helen M. Marchick Survivor's Trust dated October 25, 1982; and RICHARD GOLDMAN, an individual,<br><br>Defendants. | No. C 12-1122 EMC<br><br><br>San Francisco, California<br>Friday<br>May 25, 2012 |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiffs:**      Schnader Harrison Segal & Lewis LLP
                    One Montgomery Street, Suite 2200
                    San Francisco, California 94104
              **BY:  GREGORY CAESAR NUTI, ESQUIRE**

**For Defendants:**      Millstein & Associates
                    100 The Embarcadero, Suite 200
                    San Francisco, California 94105
              **BY:  DAVID J. MILLSTEIN, ESQUIRE**

**Reported By:**     *Katherine Powell Sullivan, CSR #5812*
                *Official Reporter - U.S. District Court*

P R O C E E D I N G S

**May 25, 2012**                                                    **1:37 P.M.**

THE CLERK:  Calling case C 12-1122, Midas versus TBC.  Counsel, please come to the podium and state your name for the record.

MR. NUTI:  Good afternoon, Your Honor.  Greg Nuti, Schnader Harrison Segal & Lewis, for Midas.

THE COURT:  Thank you.

MR. MILLSTEIN:  Good afternoon, Your Honor.  David Millstein for defendant and the Goldman defendants.

THE COURT:  All right.  Good afternoon.  I understand that your time here has been used productively.

MR. NUTI:  Yes, Your Honor.  We are pleased to say we have reached a settlement of the case.

THE COURT:  Great.

MR. NUTI:  And we'd like to read the terms of the settlement into the record.

THE COURT:  All right.

MR. NUTI:  And then we'll then convert that into a stipulated judgment for the Court's consideration.

THE COURT:  Great.  Thank you.

MR. NUTI:  Your Honor, the defendants have agreed to give Midas immediate possession of the White Oaks shop, including all the furniture, fixtures and equipment free and

clear of all liens and claims, and otherwise comply with the termination obligations, as that term is defined in the franchise agreement, except for the payment of money, as requested in the preliminary injunction, including turnover of the phone numbers and customer databases.

Midas will agree to pay rent at the rate of $6,000 per month upon gaining possession.

The defendants will immediately de-identify the Stevens Creek shop and otherwise comply with all the termination obligations, other than the payment of money, as requested in the preliminary injunction, including turning over the phone numbers and customer databases.

Midas will not seek possession of the Stevens Creek premises pending sale of the Stevens Creek property.

Midas will waive its interest in the Stevens Creek property upon the sale of the Stevens Creek property and receipt of $290,000.

The sale of the Stevens Creek property will close no later than July 15, 2012.

Defendants will provide releases to Midas.

In the event the Stevens Creek sale fails to close to July 15, 2012, defendants agree to provide Midas immediate possession of the Stevens Creek property and judgment for $290,000.

And, as I said, Your Honor, the terms of the settlement

will be put on the record today with the formal written agreement taking the form of stipulated judgment approved by the Court.

THE COURT:  All right.  And all those terms are consistent with your understanding of the settlement?

MR. MILLSTEIN:  Yes, Your Honor.

THE COURT:  Great.  Then we will await the dismissal papers then.

MR. MILLSTEIN:  Thank you, Your Honor.

MR. NUTI:  Thank you, Your Honor.

THE COURT:  Thank you.  Appreciate it.

(At 1:40 p.m. the proceedings were adjourned.)

- - - -

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Tuesday, July 10, 2012

/s/ Katherine Powell Sullivan
_____

Katherine Powell Sullivan, CSR #5812, RPR, CRR
U.S. Court Reporter